IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANNIE PEARL RASH, # 42924** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 3:09-cv-572-TSL-FKB**

**CHRISTOPHER EPPS, et al.** **DEFENDANTS**

ORDER

Before the court is plaintiff's motion to dismiss [16] in which she states that she wishes to dismiss the above entitled action. The court is of the opinion that the same is well taken and should be granted. Accordingly, the plaintiff's motion to dismiss is **granted** and this cause is hereby **dismissed** without prejudice.

**SO ORDERED** this the 25th day of May, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE